UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:09-CR-049-BLW |
| v. | ORDER |
| STEVEN CAMPOLATTARO, | |
| Defendant. | |

Before the Court is defendant Campolattaro's motion for Motion for early termination of supervised release, pursuant to 18 U.S.C. § 3583(e)(1). The Government and the Probation Officer have no objection to the early termination. In addition, the Court has reviewed all the factors set forth in 18 U.S.C. §§ 3583(e)(1) and 3553(a). Finding good cause to grant the motion,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion (docket no. 64) is GRANTED.

IT IS FURTHER ORDERED, that the defendant Steven Campolattaro is HEREBY RELEASED from further supervision by U.S. Probation and shall be deemed to have satisfied his sentence in this case.



DATED: March 1, 2018

B. Lynn Winmill
Chief U.S. District Court Judge